UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:23-cv-01672-SVW-E | Date | May 16, 2023 |
|---|---|---|---|
| Title | Pedro G. Sanchez v. Los Angeles Sheriffs Dept. et al | | |

JS - 6

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| Paul M. Cruz | N/A | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:** IN CHAMBERS ORDER DISMISSING ACTION

On March 6, 2023, the Court sent a letter to plaintiff advising him that the filing fee had not been paid. Instructions were provided to plaintiff, with an attached form, to proceed without prepayment.

Plaintiff was granted thirty days to complete and file the attached form.

To date, plaintiff has failed to comply.

The Court orders the case dismissed.

:

Initials of Preparer      PMC